**STATE of Missouri ex rel. Jeremiah W. (Jay) NIXON, Attorney General, State of Missouri, Respondent,**

v.

**John C. MIDDLETON, Reg. No. 990134, Appellant.**

**No. WD 60054.**

Missouri Court of Appeals, Western District.

Aug. 30, 2002.

Elizabeth Unger Carlyle, Lee's Summit, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Virginia Hurtubise Murray, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before ELLIS, P.J., and EDWIN H. SMITH and HOWARD, JJ.

**Order**

PER CURIAM.

Missouri's Attorney General, on behalf of the State, filed a petition seeking incarceration reimbursement against Appellant John Middleton pursuant to the Missouri Incarceration Reimbursement Act (MIRA), §§ 217.825 through 217.841

RSMo 2000. The trial court subsequently granted the State's summary judgment motion and entered an amended judgment against Appellant in the amount of $4,893.41, which was ordered to be deducted from Appellant's prison account.

Mr. Middleton alleges on appeal that the money in his prison account was recovered from the State of Missouri in his federal civil rights action under 42 U.S.C. § 1983, so, pursuant to *Hankins v. Finnel,* 964 F.2d 853 (8th Cir.1992), the State could not seize the money under MIRA.

Affirmed. Rule 84.16(b).